# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

_____

In Re: In re: Atrium Medical Corp.
C-Qur Mesh Products Liability Litigation

                                    MDL Docket No. 1:16-md-02753-LM
                                    1:16-cv-00371

_____

       PLEASE TAKE NOTICE that the undersigned counsel, Jason C. Chambers of Hollis

Law Firm hereby appears on behalf of Plaintiff Jeffrey Croucher in the above referenced action

and in the above referenced MDL proceeding, MDL Docket No. 1:16-md-02753-LM.

                                        Respectfully submitted,

Dated:  May 5, 2019           By:   /s/ Jason C. Chambers_____
                                    Jason C. Chambers
                                    Hollis Law Firm
                                    5100 w. 95th St.
                                    Prairie Village, KS 66207
                                    (913) 385-5400
                                    (913) 385-5402 (facsimile)
                                    jason@hollislawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: May 5, 2019                    /s/ Jason C. Chambers

                                      Jason C. Chambers