## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: In re: Atrium Medical Corp.
C-Qur Mesh Products Liability Litigation

        MDL Docket No. 1:16-md-02753-LM
        1:16-cv-00371

PLEASE TAKE NOTICE that the undersigned counsel, Luke R. Hertenstein of Hollis Law Firm, hereby appears on behalf of Plaintiff Jeffrey Croucher in the above referenced action and in the above referenced MDL proceeding, MDL Docket No. 1:16-md-02753-LM.

Respectfully submitted,

Dated:  June 17, 2019      By:   */s/ Luke R. Hertenstein*
                                                Luke R. Hertenstein
                                                Hollis Law Firm
                                                8101 College Blvd, Suite 260
                                                Overland Park, KS 66210
                                                (913) 385-5400
                                                (913) 385-5402 (facsimile)
                                                Luke@hollislawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


Dated: June 17, 2019                                                        */s/ Luke R. Hertenstein*
                                                                                     Luke R. Hertenstein